UNITED STATES of America, Plaintiff—Appellee,

v.

Livinson BRUMAIRE, Defendant—Appellant.

No. 09–7281.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 16, 2009.

Livinson Brumaire, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Livinson Brumaire appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). The district court found Brumaire was not eligible for a reduction because he was responsible for more than 4.5 kilograms of crack cocaine. We affirm.

We find the district did not abuse its discretion denying Brumaire's motion for a sentence reduction. *United States v. Goines*, 357 F.3d 469, 478 (4th Cir.2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*